# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ATRIUM 5 LIMITED,**

    **Plaintiff,**

v.                                            Case No: 6:16-cv-1964-Orl-22TBS

**MOHAMMAD HOSSAIN, REEDH FOOD MART, INC., TERRELL ANDERSON, EUGENE HALL and GEORGE DALLAS,**

    **Defendants.**

## ORDER

This cause is before the Court on Plaintiff, Atrium 5 Limited's Motion for Default Judgment against Defendant, George Dallas (Doc. No. 39) filed on May 17, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 26, 2017 (Doc. No. 40), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff, Atrium 5 Limited's Motion for Default Judgment against Defendant, George Dallas is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties